UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROSEAN CRITOS COBLE,

                Petitioner,

      -against-

RAUL MALDONADO D/B/A (MDC)
WARDEN,

                Respondent.

25-CV-7495 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated October 9, 2025, the Court directed Petitioner, within 30 days, to submit a completed request to proceed *in forma pauperis* ("IFP application") or pay the $5.00 filing fee required to file a *habeas corpus* petition in this court. That order specified that failure to comply would result in dismissal of the petition. Petitioner has not filed an IFP application or paid the fees. Accordingly, the petition is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to enter judgment in this case.

SO ORDERED.

Dated:    March 20, 2026
            New York, New York

                 /s/ Laura Taylor Swain
                    LAURA TAYLOR SWAIN
               Chief United States District Judge